UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:19-CR-170-TAV-DCP |
| ) | |
| FRANK MCNIEL, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), the undersigned conducted a change of plea hearing in this case on October 17, 2019. Assistant United States Attorneys Louis Manzo and Anne-Marie Svolto appeared on behalf of the Government. Assistant Federal Defender Jonathan Moffatt represented Defendant Frank McNiel, who was also present.[1] At the hearing, Defendant entered a plea of guilty to the one-count Information [Doc. 3], in exchange for the commitments made by the Government in the written plea agreement [Docs. 4 & 5]. On the basis of the record made at the hearing, the undersigned finds that Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; Defendant understands the nature of the charge and penalties provided by law; and the plea has sufficient basis in fact.

---

[1] Defendant used the Court's audio headset to aid him in hearing the proceedings.

1

Therefore, the undersigned **RECOMMENDS** that Defendant's guilty plea to the single count in the Information be granted and accepted by the District Judge and that the District Judge adjudicate Defendant guilty of the charge set forth in the Information.

Further, while Defendant was released under the terms and conditions set forth in the Order of Unsupervised Release [Doc. 9], it appears that 18 U.S.C. § 3143(a)(2) provides for mandatory detention pending sentencing of a person who has been found guilty of certain offenses, including that to which Defendant has pleaded guilty. There were no motions presented to the Court during the hearing addressing release or detention of Defendant pending sentencing should the District Court adopt this Report and Recommendation; therefore, the parties are **ORDERED** to submit position statements to the District Judge within seven days of entry of this order addressing the factors to be considered by the Court under 18 U.S.C. § 3143(a). Adjudication of guilt and imposition of sentence are specifically reserved for the District Judge.[2]

Respectfully submitted,

*Debra C. Poplin*
Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court notified the parties of the following: You have the right to *de novo* review by the District Judge of the above findings. Any application for review must be in writing, must specify the portions of the findings or proceedings to which the party objects, and must be filed and served no later than **fourteen days** after the change of plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).